## Alvin M. FORD et al.

v.

## ZONING BOARD OF REVIEW OF the CITY OF CRANSTON et al.

### No. 80-284-M.P.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Carroll, Kelly & Murphy, Joseph A. Kelly, Providence, for plaintiffs–respondents.

Adler Pollock & Sheehan Incorporated, Richard W. MacAdams, Providence, for defendants–petitioners.

ORDER

The petition for writ of certiorari is denied.